IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Maldonado, Jose Antonio | Case Number:  04 B 34508 |
| | Judge:  Hollis, Pamela S |
| Printed:  6/24/08 | Filed:  9/16/04 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Completed: May 23, 2008
Confirmed: November 8, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 15,536.38 | |
| Secured: | | 5,535.46 |
| Unsecured: | | 5,428.12 |
| Priority: | | 0.00 |
| Administrative: | | 2,700.00 |
| Trustee Fee: | | 736.42 |
| Other Funds: | | 1,136.38 |
| Totals: | 15,536.38 | 15,536.38 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Peter F Geraci | Administrative | 2,700.00 | 2,700.00 |
| 2. | RoundUp Funding LLC | Secured | 5,535.46 | 5,535.46 |
| 3. | RoundUp Funding LLC | Unsecured | 1,481.10 | 2,412.64 |
| 4. | Chicago Patrolmen's Fed Credit Union | Unsecured | 227.16 | 370.04 |
| 5. | City Of Chicago Dept Of Revenue | Unsecured | 393.75 | 641.42 |
| 6. | Chicago Patrolmen's Fed Credit Union | Unsecured | 1,081.37 | 1,761.55 |
| 7. | SBC | Unsecured | 148.83 | 242.47 |
| 8. | Lincoln Motors | Secured | | No Claim Filed |
| 9. | HMO Illinois | Unsecured | | No Claim Filed |
| 10. | Internal Revenue Service | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 11,567.67 | $ 13,663.58 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 6.5% | 97.99 |
| 4% | 51.69 |
| 3% | 33.22 |
| 5.5% | 192.89 |
| 5% | 55.38 |
| 4.8% | 97.46 |
| 5.4% | 207.79 |
| | _____ |
| | $ 736.42 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Maldonado, Jose Antonio | Case Number:  04 B 34508 |
| | Judge:  Hollis, Pamela S |
| Printed:  6/24/08 | Filed:  9/16/04 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

